UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| CAROL MASTERSON, an individual, and<br>FRANCIS MASTERSON, an individual, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | 4:07-cv-28-WGH-SEB |
| WERNER ENTERPRISES, INC., a<br>corporation, and RONNIE McCRACKEN,<br>JR., an individual, | )<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

**SUPPLEMENTAL
ORDER ON MOTION TO COMPEL**

This matter is before the Court on Plaintiffs' Motion to Compel Document Production and Depositions of Defendant Werner's Personnel and Interrogatory Answers of Ronnie McCracken, Jr., filed April 1, 2008. (Docket Nos. 35-36). A Response in opposition was filed by the Defendants on April 7, 2008. (Docket No. 40). A telephonic hearing was conducted before the Magistrate Judge at 11:00 a.m., on April 16, 2008. An order was then entered granting the motion but ordering that certain documents be produced for *in camera* review by the Court. (Docket No. 44). Those sealed discovery documents were provided on April 18, 2008. (Docket No. 45).

The Magistrate Judge has now completed the *in camera* review and concludes that the materials presented in the sealed documents are relevant to the issues before the Court. While the policies produced for inspection are carefully drafted policies which are undoubtedly of some commercial value to the Defendants, the

Magistrate Judge does not conclude that they are privileged from discovery and hereby orders them produced to the Plaintiffs subject to the Protective Order which the parties have advised the Court they are entering into in this matter.  The materials should be produced within ten (10) days of the date of this Supplemental Order, so long as the Protective Order is in place.

**SO ORDERED.**

**Dated:** April 23, 2008

_____
WILLIAM G. HUSSMANN, JR.
Magistrate Judge

**Copies to:**

Christopher A. Keith
WETTERMARK HOLLAND & KEITH LLC
chris@whklaw.net

Richard M. Sullivan
CONLIFFE SANDMANN & SULLIVAN
2000 Waterfront Plaza
325 West Main Street
Louisville, KY  40202

Gene F. Zipperle Jr.
MARTIN OGBURN & ZIPPERLE, PLLC
gene.zipperle@mozlaw.com

J. Denis Ogburn
MARTIN OGBURN & ZIPPERLE, PLLC
denis.ogburn@mozlaw.com